# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **CRAIG CUNNINGHAM,**<br>**Plaintiff,**<br><br>**v.**<br><br>Britereal Management, Inc., Anna Yeh, Jerry Lee, and<br>John/Jane Does 1-5<br><br><br>**Defendant** | §<br>§<br>§<br>§   4:20-cv-0144<br>§<br>§<br>§<br>§<br>§ |

**FILED**

**AUG 3 1 2021**

Clerk, U.S. District Court
Eastern District of Texas

## Joint Motion to Dismiss without Prejudice

1. The parties in this case hereby agree to move the court to dismiss the Plaintiff's claims without prejudice and the defendant's counterclaim without prejudice.

Craig Cunningham

Signed with permission

/s/   David Reiner

David Reiner

## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **CRAIG CUNNINGHAM,**<br>**Plaintiff,**<br><br>v.<br><br>Britereal Management, Inc., Anna Yeh, Jerry Lee, and<br>John/Jane Does 1-5<br><br><br>**Defendant** | §<br>§<br>§<br>§   4:20-cv-0144<br>§<br>§<br>§<br>§<br>§ |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was exchanged with all parties and/or all counsel of record *via email and by first class mail,* on this 8/31/2021

/s/ Craig Cunningham
3000 Custer Road, ste 270-206 Plano, Tx 75075

615-348-1977